LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 N. CENTRAL, SUITE 1600
PHOENIX, ARIZONA 85004
(602) 271-7700
Robert T. Sullivan (Ariz. Bar No. 022719)
rts@bowwlaw.com
Alicyn M. Freeman (Ariz. Bar No. 023916)
amf@bowwlaw.com
Jason P. Kasting (Ariz. Bar No. 028111)
jpk@bowwlaw.com
Minute Entries/Orders
cjg@bowwlaw.com
*Attorneys for Defendant State Farm Fire and Casualty Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marango South LLC, a limited liability company; Timothy M. Steiniger, an unmarried individual; and Greg Marantz, an unmarried individual,<br><br>Plaintiffs,<br><br>vs.<br><br>State Farm Fire and Casualty Company, a corporation,<br><br>Defendant. | NO. 4:19-cv-00456-JAS<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Honorable James A. Soto) |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant, by and through undersigned counsel, hereby stipulate and jointly move the court to dismiss this matter with prejudice, with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

DATED this 3rd day of March, 2020.

        BROENING OBERG WOODS & WILSON, P.C.

By */s/ Jason P. Kasting*
    Robert T. Sullivan
    Alicyn M. Freeman
    Jason P. Kasting
    2800 N. Central Ave., Ste. 1600
    Phoenix, Arizona  85004
    *Counsel for Defendant State Farm Fire and Casualty Company*

ARNETT & ARNETT, P.C.

By */s/ Mark W. Arnett* (w/permission)
    Mark W. Arnett
    1120 S. Dobson Rd., Ste. 110
    Chandler, AZ  85286
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of March, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark W. Arnett<br>
Arnett & Arnett, P.C.<br>
1120 S. Dobson Rd., Ste. 110<br>
Chandler, AZ  85286<br>
mark@arizonainsurancelaw.com<br>
*Attorneys for Plaintiffs*

By */s/ Suzanne Beard*